UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE META PLATFORMS INC. | 25-MC-253 (DEH) |

ORDER

DALE E. HO, United States District Judge:

This matter comes before the Court upon the *ex parte* application of movant Edgar & Ivy's Cat Sanctuary Inc., along with the Declaration of Joshua R. Bressler and supporting documents for the signing of a Subpoena directing Meta Platforms, Inc. to produce the identity of entities or persons believed to be infringing on the copyright of Edgar & Ivy's Cat Sanctuary Inc.  Having considered the Declaration and all documents submitted in support of the instant application, the Court finds good reason to issue an order directing the clerk to issue said subpoena and it is therefore:

**ORDERED** that the Clerk of Court shall issue the Subpoena for Meta, Inc. as sought by the movant.  It is further **ORDERED** that any information produced in response to the Subpoena shall only be used for the purpose of protecting rights under Title 17 of the U.S. Code.

SO ORDERED.

Dated: August 20, 2025
New York, New York

DALE E. HO
United States District Judge